ACCEPTED
03-14-00112-CV
12520466
THIRD COURT OF APPEALS
AUSTIN, TEXAS
9/2/2016 2:36:42 PM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-14-00112-CV

In the Court of Appeals for the Third Judicial District
Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
9/2/2016 2:36:42 PM
JEFFREY D. KYLE
Clerk

Dr. James Jones,
*Plaintiff/Appellant*

v.

Angelo State University,
*Defendant/Appellee*

On appeal from the 340th Judicial District Court of Tom Green County, Texas
Cause No. C-110272-C

## NOTICE OF SUBSTITUTION OF COUNSEL

Defendant/Appellee, Angelo State University, files this Notice of Substitution of Counsel. Defendant/Appellee, Angelo State University respectfully shows the Court that its counsel of record is James C. Todd. Mr. Todd has left the employment of the General Litigation Division of the Office of the Attorney General, and Enrique M. Varela has been assigned to represent Defendant/Appellee, Angelo State University in this case. As such, Mr. Todd should be removed from all further notifications regarding this case.

WHEREFORE, Defendant/Appellee, Angelo State University requests that the Court enter Mr. Enrique M. Varela as counsel of record for Defendant/Appellee, Angelo State University.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

1

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

ANGELA V. COLMENERO
Chief – General Litigation Division

/s/ Enrique M. Varela
ENRIQUE M. VARELA
Texas State Bar No. 24043971
Assistant Attorney General
General Litigation Division
P. O. Box 12548, Capitol Station
Austin, Texas 78711
enrique.varela@texasattorneygeneral.gov
Phone No. (512) 463-2120
Fax No. (512) 320-0667

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent on the 2nd day of September, 2016, via E-service by File and Serve Express to:

Frank W. Hill
Frank Gilstrap
Ned Webster
HILL GILSTRAP
1400 W Abram St
Arlington , Texas 76013
nwebster@nedwesterlaw.com

*ATTORNEYS FOR PLAINTIFF/APPELLANT*

/s/ Enrique M. Varela
**ENRIQUE M. VARELA**

2